**Anthony FEURTADO, Plaintiff—Appellant,**

v.

**Charles MCNAIR, Deputized DEA; Joe Hancock, Deputized DEA; Cameron G. Chandler, Assistant United States Attorney for South Carolina; Kelly Shackelford, Assistant United States Attorney for South Carolina; Mark Moore, Assistant United States Attorney for South Carolina; Israel Brook, United States Marshal; Jessie Baker, Chief of the Columbia South Carolina Airport Police Department; Robert McCauley, Director of the Richland County Detention Center, Defendants-Appellees.**

No. 07–6252.

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Anthony Feurtado, Appellant Pro Se. Beth Drake, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Feurtado appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). He also appeals the denial of his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Feurtado v. McNair,* No. 3:05–cv01933–SB (D.S.C. June 16, 2006; Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*